UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMBERLY MITCHELL, as Personal Representative of the Estate of TIMOTHY COFFMAN, Deceased,

    Plaintiff,

v.

CITY OF SOUTH DAYTONA, CHIEF MARK CHEATHAM, in his official capacity, OFFICER DAVID MCCALLISTER, in his individual capacity, OFFICER TAYLOR SANDERSON, in his individual capacity, OFFICER CLAY TREAT, in his individual capacity, and SERGEANT BRIAN CRAIG, in his individual capacity,

    Defendants.
_____/

Case No. 6:20-cv-1084-CEM-LRH

## NOTICE OF SETTLEMENT

Defendant City of South Daytona, through its attorney, hereby notifies the Court, pursuant to United States District Court for the Middle District of Florida Local Rule 3.09(a), that all parties have reached a settlement of all claims.

    Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Primary email: fmari@roperpa.com
Secondary email: ihaines@roperpa.com

>Telephone: (407) 897-5150
>Facsimile: (407) 897-3332
>Attorney for Defendant City of South Daytona and Defendant Mark Cheatham

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF.

>*/s/ Frank Mari*
>Attorney for Defendant City of South Daytona and Defendant Mark Cheatham