UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMBERLY MITCHELL, as Personal
Representative of the Estate of
TIMOTHY COFFMAN, Deceased,

    Plaintiff,

v.

    Case No.: 6:20-cv-1084-CEM-LRH

CITY OF SOUTH DAYTONA,
CHIEF MARK CHEATHAM, in his
official capacity as Chief of Police;
OFFICER DAVID MCCALLISTER,
in his individual capacity; OFFICER
TAYLOR SANDERSON, in his
individual capacity; OFFICER CLAY
TREAT, in his individual capacity; and
SERGEANT BRYAN CRAIG, in his
individual capacity.

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, PLAINTIFF, Kimberly Mitchell, as Personal Representative of the Estate of Timothy Coffman, Deceased, and, DEFENDANTS, City of South Daytona, Chief Mark Cheatham, in his official capacity as Chief of Police; Officer David McCallister, in his individual capacity; Officer Taylor Sanderson, in her individual capacity; Officer Clay Treat, in his individual capacity; and Sergeant Bryan Craig, in his individual capacity, through their respective undersigned attorneys, hereby file and serve their Joint Stipulation of Dismissal with Prejudice. All parties hereby stipulate to

Document ID: bf302005-6ef7-427a-b349-3a573cf90bfd

dismissal with prejudice of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

*Jason Recksiedler*   10/21/2022

Jason J. Recksiedler
Fla. Bar No. 092060
First Choice Law, P.A.
1137 Edgewater Dr.
Orlando, FL 32804
Telephone: 321-999-1111
Facsimile: 321-221-4262
jason@firstchoicelaw.com
litigation@firstchoicelaw.com
Attorney for Plaintiff


[signature]   10/21/2022

Frank M. Mari
Florida Bar No. 93243
Primary: fmari@roperpa.com
Secondary: ihaines@roperpa.com
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407-897-3332
Attorney for Defendant City of South Daytona and Defendant Chief Mark Cheatham


*Alison Sausaman*   10/20/2022

Alison H. Sausaman
Fla. Bar No. 0112552
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100

Page 2 of 3

Jacksonville, Florida 32202
Telephone: (904) 328-6456
Facsimile: (904) 328-6473
Email: asausaman@carrallison.com
Attorneys for Defendants McCallister, Sanderson, Craig, and Treat

## CERTIFICATE OF SERVICE

I hereby certify that on 10/21/2022, I filed a copy of the foregoing with the Clerk of Court via CM/ECF.

Frank M. Mari
Florida Bar No. 93243
Primary: fmari@roperpa.com
Secondary: ihaines@roperpa.com
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407-897-3332
Attorney for Defendant City of South Daytona and Defendant Chief Mark Cheatham